# Supreme Court of Florida

THURSDAY, JULY 2, 2026

Miguel Rodriguez Albisu, et al.,

            Petitioner(s)

v.

State of Florida,

            Respondent(s)

**SC2026-0142**

Lower Tribunal No(s).:
4D2025-3769;
062023CF002405A88810,
062023MM001607A88810

---

The petition for writ of prohibition is hereby denied on the merits. No motion for rehearing will be considered by this Court.

COURIEL, C.J., and LABARGA, MUÑIZ, GROSSHANS, FRANCIS, and SASSO, JJ., concur.
TANENBAUM, J., dissents in part with an opinion.

TANENBAUM, J., dissenting in part.

The petitioners attempt to use prohibition to address their effort at "disqualifying" the entire Fourth District Court of Appeal from hearing their appeal. Disqualification is a matter of procedural jurisdiction at the trial court level. *See* § 38.10, Fla. Stat.; Fla. R. Gen. P. & Jud. Admin. 2.330. That is not true at the appellate level, so prohibition is not available to the petitioners. There is no basis for considering their petition "on the merits." I

agree that they are not entitled to the writ they seek, but I would

dismiss without considering the merits of their underlying

argument.

A True Copy
Test:



SC2026-0142  7/2/2026

John A. Tomasino
Clerk, Supreme Court
SC2026-0142  7/2/2026

SO

Served:

CRIM APP WPB ATTORNEY GENERAL
4DCA CLERK
JOSHUA EVAN PADOWITZ
KENNETH DAVID PADOWITZ